# SUPREME COURT

OF THE

## STATE OF ILLINOIS,

DELIVERED

## DECEMBER TERM, 1836, AT VANDALIA.

---

THE PEOPLE OF THE STATE OF ILLINOIS, plaintiffs in error
   *v.* MILTON DILL, defendant in error.

*Error to Edgar.*

A writ of error does not lie in behalf of the People, to reverse the decision of a
   Circuit Court in a criminal case.

THE defendant was indicted in the Edgar Circuit Court, at the
April term, 1835, for selling liquor without a license.   The cause
was tried at the October term, in the same year, before the Hon.
Alexander F. Grant, and the defendant acquitted.   On the trial
the State's Attorney excepted to the decision of the Court in re-
lation to the admission of evidence, and embodied the same in a
bill of exceptions, and subsequently sued out a writ of error to
reverse the decision of the Court below.

The defendant appeared and moved the Court to dismiss the
cause for want of jurisdiction.   The Court unanimously sustained
the motion, on the ground that a writ of error will not lie in be-
half of the People in a criminal case.

O. B. FICKLIN, State's Attorney, and W. B. SCATES, Attorney
General, for the plaintiffs in error.

J. PEARSON, for the defendant in error.

*Writ of error dismissed.*